**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**GEMMA TZEN,**

**Petitioner,**

**v.**                                                         **No. 16-0734-DRH**

**UNITED STATES OF AMERICA,**

**Respondent.**

<u>**ORDER**</u>

**HERNDON, District Judge:**

Pending before the Court is the government's motion for summary judgment (Doc. 20).   On November 9, 2016, the Court heard oral argument on the motion and took the matter under advisement.   After reviewing the pleadings and oral argument, the Court finds that it cannot rule on the record alone.   Thus, the Court finds that an evidentiary hearing is necessary to decide the merits of Tzen's 28 U.S.C. § 2255 petition.   Accordingly, the Court **DENIES** the motion for summary judgment.   The Court **DIRECTS** the parties to contact Alex Francis, Courtroom Deputy, with available dates for the hearing.

**IT IS SO ORDERED.**

Signed this 10th day of November, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.11.10 11:09:15 -06'00'

**United States District Judge**